# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA - LAFAYETTE DIVISION

| | |
|---|---|
| **GOLDMAN SACHS BANK USA,** | CIVIL CASE NO. 15-2018 |
| **Plaintiff,** | JUDGE REBECCA F. DOHERTY |
| v. | MAGISTRATE JUDGE C. MICHAEL HILL |
| **MICHEL B. MORENO, TIFFANY C. MORENO, MBM 2011 DOH GRANTOR RETAINED ANNUITY TRUST, TCM 2011 DOH GRANTOR RETAINED ANNUITY TRUST, MBM 2011 MGH GRANTOR RETAINED ANNUITY TRUST, TCM 2011 MGH GRANTOR RETAINED ANNUITY TRUST, MORENO PROPERTIES TWO, LLC, AND NICHOLSON ESTATES, L.L.C.,** | |
| **Defendants.** | |

## MOTION TO APPOINT KEEPER[1]

NOW INTO COURT, through undersigned counsel, comes Goldman Sachs Bank USA ("**Lender**"), plaintiff herein, and represents:

1.

Simultaneously with the filing of this Motion to Appoint Keeper, Lender has also filed a Motion to Strike the Answer, and a Motion to Maintain the Executory Proceeding, Reconsider

---

[1] All capitalized terms have the same meaning ascribed to them in the Verified Complaint (Rec. Doc. No. 1).

{N3062161.2}

1

the Court's Ruling, and Issue the Writ of Seizure and Sale, seeking, among other things, the seizure of the Port Road Property and Nicholson Estates Property and the UCC collateral (the "**Mortgaged Property**") pursuant to a writ of seizure and sale issued herein.

2.

Pursuant to LA. REV. STAT. § 9:5136, et seq., Lender desires the appointment of a keeper of the Mortgaged Property during these proceedings, and Lender hereby requests that the U.S. Marshals Service, pursuant to this Court's order, appoint Latter & Blum Property Management, Inc. ("**Keeper**"), as keeper of the Mortgaged Property during these proceedings.

3.

Lender files herewith its memorandum in support of the relief requested.

**WHEREFORE,** Plaintiff, Goldman Sachs Bank USA requests that the Court order the U.S. Marshals Service to appoint Latter & Blum Property Management, Inc. as keeper of the Mortgaged Property.

    Respectfully submitted

*/s/ Laura F. Ashley*
R. PATRICK VANCE (#13008)
LAURA F. ASHLEY (#32820)
Jones Walker LLP
201 St. Charles Ave., 49th Floor
New Orleans, LA  70131-5100
Telephone:  504-582-8000
Fax:  504-582-8011
pvance@joneswalker.com
lashley@joneswalker.com

and

CARMEN M. RODRIGUEZ (#22573)
Jones Walker LLP
Suite 1600
600 Jefferson St
Lafayette, LA 70501
Telephone: 337-593-7600
Fax: 337-593-7601
carmenrodriguez@joneswalker.com

**Attorneys for Goldman Sachs Bank USA**

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the *Motion to Appoint Keeper* was served by U.S. Mail, postage prepaid, on William E. Steffes, Steffes, Vingiello & McKenzie, LLC, 13702 Coursey Blvd., Building 3, Baton Rouge, LA 70817, on this 11th day of August, 2015, and by ECF filing.

/s/ Laura F. Ashley