Case 6:15-cv-02018-RFD-CBW Document 30 Filed 09/15/15 Page 1 of 4 PageID #: 1190

RECEIVED

SEP 15 2015

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA - LAFAYETTE DIVISION

| | |
|---|---|
| GOLDMAN SACHS BANK USA,<br><br>Plaintiff,<br><br>v.<br><br>MICHEL B. MORENO, TIFFANY C. MORENO, MBM 2011 DOH GRANTOR RETAINED ANNUITY TRUST, TCM 2011 DOH GRANTOR RETAINED ANNUITY TRUST, MBM 2011 MGH GRANTOR RETAINED ANNUITY TRUST, TCM 2011 MGH GRANTOR RETAINED ANNUITY TRUST, MORENO PROPERTIES TWO, L.L.C., AND NICHOLSON ESTATES, L.L.C.,<br><br>Defendants. | CIVIL CASE NO. 15-2018<br><br>JUDGE REBECCA F. DOHERTY<br><br>MAGISTRATE JUDGE C. MICHAEL HILL |



## WRIT OF SEIZURE AND SALE

To: United States Marshal
Western District of Louisiana
Lafayette, Louisiana

and

United States Marshal
Middle District of Louisiana
Baton Rouge, Louisiana

{N2997028.4}

1

YOU ARE COMMANDED in the name of the United States of America, and of the United States District court for the Western District of Louisiana, to seize immediately and, following the prescribed delays and advertisements, to sell for cash to the highest bidder the Defendants' mortgaged properties, the Port Road Property and the Nicholson Estates Property, as follows:

You are commanded to seize the Port Road Property, located in City of New Iberia, Parish of Iberia as more fully described in **Exhibit A** attached hereto and the Verified Complaint, and to turn over the property to the appointed Keeper for the property, Latter & Blum Management Inc.; and, after all due delays, requisites, and formalities, to sell the Port Road Property according to law, for cash and with appraisement, to pay and satisfy the claim of Plaintiff in the following amounts:

1. Principal in the amount of $ 47,401,003.16;
2. Accrued interest in the amount of $ 11,464,099.79;
3. After June 15, 2015, interest will continue to accrue on the principal balance due, as described in the Loan Documents, until paid;
4. Reasonable attorneys' fees for collecting the amounts due and owing under the Loan Documents; and,
5. All costs of these proceedings and for any additional sums authorized by the Loan Documents that may become due to the Plaintiff until the U.S. Marshal's sale.

You are further commanded to seize the Nicholson Estates Property, located in Baton Rouge, East Baton Rouge Parish, as more fully described in **Exhibit B** attached hereto and the Verified Complaint, and to turn over the property to the appointed Keeper for the property, Goldman Sachs Bank USA, through its appointed agent Latter & Blum Management Inc.; and, after all due advertisements, delays, requisites, and formalities, to sell the Nicholson Estates

2

{N2997028.4}

Property according to law, for cash and with appraisement, to pay and satisfy the claim of Plaintiff in the following amounts:

1. Principal in the amount of $ 47,401,003.16;
2. Accrued interest in the amount of $ 11,464,099.79;
3. After June 15, 2015, interest will continue to accrue on the principal balance due, as described in the Loan Documents, until paid;
4. Reasonable attorneys' fees for collecting the amounts due and owing under the Loan Documents; and,
5. All costs of these proceedings and for any additional sums authorized by the Loan Documents that may become due to the Plaintiff until the U.S. Marshal's sale.

The proceeds of the foreclosure sale(s) shall be initially applied to the payment of the costs and expenses incident to enforcing or complying with the provisions hereof and any prior liens required by law or a competent court to be so paid. From the remaining balance of such sale(s), you are directed to pay Goldman Sachs Bank USA, the Plaintiff in the above-captioned matter, the foregoing amounts.

After executing this Writ, you shall make a written return stating the manner in which it was executed.

TAKE NOTICE THAT PLAINTIFF HAS BEEN ORDERED TO RELEASE AND HOLD HARMLESS AND INDEMNIFY THE UNITED STATES MARSHAL, ITS AGENTS, SERVANTS, EMPLOYEES, AND ALL OTHERS FOR WHOM THEY ARE RESPONSIBLE, FROM ANY AND ALL LIABILITY OR RESPONSIBILITY FOR CLAIMS ARISING OUT OF THE CARE OF CUSTODY OF THE PORT ROAD PROPERTY AND THE NICHOLSON ESTATES PROPERTY.

{N2997028.4}

By Order of the United States District Court for the Western District of Louisiana, this 15th day of September, 2015.

_____
Deputy Clerk,
United States District Court for the
Western District of Louisiana

Signed and Sealed

SENT
9-16-15
BY ocf
TO USMS orig & 3cc

4

{N2997028.4}