UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAFAYETTE DIVISION

| | |
|---|---|
| **GOLDMAN SACHS BANK USA** | **CIVIL ACTION NO. 15-02018** |
| **VERSUS** | **JUDGE: REBECCA F. DOHERTY** |
| **MICHEL B. MORENO, ET AL.** | **MAGISTRATE JUDGE WHITEHURST** |

### PROPOSED ORDER

Considering the *Motion to Supplement the Record of the Case*, as amended, ("Motion to Supplement") filed by Moreno Properties Two, L.L.C. ("Properties Two") and Nicholson Estates, L.L.C. ("Nicholson") (jointly "Defendants"), the lack of consent thereto by counsel for Plaintiff; and, applicable law;

**IT IS ORDERED** that the Motion to Supplement is GRANTED and Defendants are authorized to supplement the record of the instant matter with the following pleadings: i) *Goldman Sachs Bank USA's Arbitration Demand Against Michel B. Moreno and Tiffany C. Moreno,* AAA No. 01-16-0001-4156 and ii) *Original Verified Petition and Application for Attachment, Injunctive Relief and/or Receiver, Ancillary to and in Support of Arbitration*, Case No. DC-16-04595, 44th Judicial District Court, Dallas County, Texas.

_____, Louisiana, this \_\_\_ day of _____, 2016.

_____
U.S. District Court Judge