**RECEIVED**

MAY 2 5 2016

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA - LAFAYETTE DIVISION

| | |
|---|---|
| GOLDMAN SACHS BANK USA, | CIVIL CASE NO. 15-2018 |
| Plaintiff, | JUDGE REBECCA F. DOHERTY |
| v. | MAG. JUDGE CAROL B. WHITEHURST |
| MICHEL B. MORENO, TIFFANY C. MORENO, MBM 2011 DOH GRANTOR RETAINED ANNUITY TRUST, TCM 2011 DOH GRANTOR RETAINED ANNUITY TRUST, MBM 2011 MGH GRANTOR RETAINED ANNUITY TRUST, TCM 2011 MGH GRANTOR RETAINED ANNUITY TRUST, MORENO PROPERTIES TWO, LLC, AND NICHOLSON ESTATES, L.L.C., | |
| Defendants. | |

### ORDER TO APPOINT AN ATTORNEY TO ACCEPT SERVICE AND NOTIFY THE ABSENTEE DEFENDANTS

**CONSIDERING** the *Ex Parte Motion to Appoint An Attorney to Accept Service, and Notify, the Absentee Defendants*;

**IT IS ORDERED** that the following attorney-at-law, duly licensed to practice in the State of Louisiana, is appointed to represent the nonresident defendants, Michel B. Moreno and Tiffany C. Moreno ( the "**Morenos**"), in this proceeding:

_John A. Mouton, III_ ("**Limited Attorney**").

**IT IS FURTHER ORDERED** that pursuant to La. Code Civ. Proc. art. 2641, all demands, notices, and other documents required to be served upon the Morenos in an executory proceeding shall be served upon the Limited Attorney appointed by the Court to represent them only to the extent required under Louisiana Code of Civil Procedure article 5095, against whom the seizure and sale shall be prosecuted contradictorily.

Lafayette, Louisiana this 25th day of May, 2016.

_____
UNITED STATES DISTRICT JUDGE