## UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
## LAFAYETTE DIVISION

Goldman Sachs Bank USA                    Civil Action No. 6:15-cv-02018

versus                                    Unassigned District Judge

Moreno et al                              Magistrate Judge Carol B. Whitehurst

### MINUTES OF COURT

By request of the parties, the Court conducted a status conference with the parties via telephone on Tuesday, February 6, 2018 from 10:30 a.m. to 10:50 a.m.[1] Attending the conference was Laura F. Ashley, Carmen M. Rodriguez, Marc Katz and James Bookhout, counsel for Goldman Sachs Bank USA, Richard J. Hymel, Jeff Fine and Alison Ashmore, counsel for Michael B. and Tiffany C. Moreno, and William E. Steffes and Mike Piper, counsel for Moreno Properties Two LLC.

The parties discussed with the Court the history and status of this action. Counsel for Goldman Sachs addressed the recent Answer to the Complaint and Counterclaim filed by the Morenos and noted that the Court struck the July 22, 2015 answer filed by Moreno Properties in light of this executory process proceeding.

The parties agreed to brief the issue of whether or not the Moreno's Answer should be stricken. The Court ordered that Goldman Sachs is to file its motion to strike the Moreno's  answer by February 20, 2018.The Morenos are to file a Response by March

---

[1] Statistical time: 20 minutes

6, 2018.

      **THUS DONE AND SIGNED** at Lafayette, Louisiana, this 7th day of February,

2018.

 

_____
**CAROL B. WHITEHURST**
**UNITED STATES MAGISTRATE JUDGE**